UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT-6 DIVISION

IN RE: AMANDA RENEE ABSTON          CASE NO.: 22-51322-KMS
DONALD CLIFFORD ABSTON, JR          CHAPTER: 13

### O R D E R

Upon considering the Motion for Relief of PennyMac Loan Services, LLC (Movant) (Dk#65), the lack of opposition thereto being filed by opposing parties,

**IT IS ORDERED** that the automatic stay in the above and entitled and numbered case is hereby lifted insofar as the following described property is affected thereby, whether this case is converted to another Chapter of Title 11 of the United States Code, to-wit:

See Exhibit A attached hereto and made a part hereof.

**IT IS FURTHER ORDERED** that the subject property located at 270 Harmon Pope Rd, Lucedale, MS 39452 is hereby abandoned from the Estate and Movant and/or Movant's successors, agents, and representatives, is permitted to proceed with all state law and contractual remedies or resolutions that may be available to the Movant.

And it is further ORDERED this Order is immediately effective and it's not stated by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Entry of this order shall constitute the entry of final judgment pursuant to Bankruptcy Rule 9021 and Rule 58 of the Federal Rules of Civil Procedure and shall be applicable to any conversion of this case to any other chapter under the Bankruptcy Code.

##END OF ORDER##

Respectfully Submitted
Dean Morris, LLC
1820 Avenue of America
Monroe, LA  71201
(318) 330-9020

/s/ Kimberly D. Putnam
Kimberly D. Putnam (Bar#102418)
Attorney for Movant
kim.mackey@ms.creditorlawyers.com

Book 2018 Page 10369
Deed of Trust
12/05/2018 03:12:16 PM

Exhibit "A"
Legal Description

Township 3 South, Range 5 West
George County, Mississippi

Section 7: A Parcel of land situated in the NE1/4 of SE1/4 of SW1/4 of Section 7, Township 3 South, Range 5 West, George County, Mississippi, and being more particularly described as follows:
Commencing at a found 1/2" diameter iron pin at the SW corner of the NE1/4 of SE1/4 of the SW1/4, of said Section, Township and Range; thence run North 88 degrees 46 minutes 24 seconds East 394.70 feet to a set nail; thence run North 00 degrees 07 minutes 54 seconds West 125.00 feet to a 1/2" diameter iron pin, also being the Point of Beginning; thence continue North 00 degrees 07 minutes 54 seconds West 187.52 feet to a set 1/2" diameter iron pin; thence run North 88 degrees 46 minutes 24 seconds East 290.10 feet to a set 1/2" diameter iron pin in Harmon Pope Road right-of-way; thence run South 88 degrees 46 minutes 24 seconds West 290.10 feet back to the Point of Beginning, containing 1.24 acres, more or less.

**George County Tax Parcel No.**

_____     11/16/18
Donald C. Abston, Jr.                Date

_____     11/16/18
Amanda R. Abston                     Date



George County, MS
I certify this instrument was filed
on 12/05/2018 03:12:16 PM
and recorded in the
Deed of Trust
Book 2018 Page 10358 - 10369
Cammie Byrd, Chancery Clerk