MSSB-7007.1-Bk (11/23)

# United States Bankruptcy Court
# Southern District of Mississippi

In re: Amanda Renee Abston          Case No.: 22-51322-KMS

n/a
*Debtor(s)*                         Chapter: 13

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, PennyMac Loan Services, LLC_____, a
[Name of Corporate Party]

**[Check One]**

☑ Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

☐ Corporate Debtor **FRBP 1007(a)(1)**

☐ Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

☐ Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

☑ The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

> • PennyMac Loan Services, LLC is 100% owned by Private National Mortgage Acceptance Company, LLC.
> • Private National Mortgage Acceptance Company, LLC is approximately 32.5% owned by PNMAC Holdings, Inc. ("Holdings"), and approximately 67.5% owned by PennyMac Financial Services, Inc. ("PFSI"), a publicly held Delaware corporation. Holdings is 100% owned by PFSI. PFSI does not have a parent corporation, and HC Partners LLC owns 10% or more of the stock of PFSI.

**OR**

☐ There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 05/30/2025

_____
Attorney Signature

Kimberly D. Putnam          (Bar #102418)
Attorney Name               State Bar Number

1820 Avenue of America
Address

Monroe, Louisiana 7l201
City, State, and Zip Code

(3l8) 330-9020          miss.bk@ms.creditorlawyers.com
Telephone Number        Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**