**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Amanda Renee Abston**                         **Case No. 22-51322-KMS**
          **Donald Clifford Abston, Jr., Debtors**                    **CHAPTER 13**

## AMENDED RESPONSE

COME NOW, Debtors, by and through counsel, and respond to Creditor, PennyMac

Loan Services LLC's Motion for Relief from Automatic Stay and for Abandonment or

Alternatively, for Adequate Protection (dk # 65) as follows:

1. Debtors commenced this case on 11/17/2022 by filing a voluntary petition for relief

   under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtors can continue making the plan payments.

   WHEREFORE, Debtors pray for an Order denying the Motion and for such additional or

alternative relief as may be just and proper.

Respectfully submitted,

By:    /s/ Thomas C. Rollins, Jr.
       Thomas C. Rollins, Jr. (MSBN 103469)
       Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Response was forwarded on June 23, 2025, to:

By USPS First Class Mail:

PennyMac Loan Services, LLC
P.O. Box 2410
Moorpark, CA 93020

By Electronic CM/ECF Notice:

Warren Cuntz

U.S. Trustee

Kimberly D. Putnam, Attorney for Creditor

<u>/s/ Thomas C. Rollins, Jr.</u>
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Amanda Renee Abston
Donald Clifford Abston, Jr.

CASE NO: 22-51322

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 6/23/2025, I did cause a copy of the following documents, described below,

Amended Response

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/23/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Amanda Renee Abston
Donald Clifford Abston, Jr.

CASE NO: 22-51322

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 6/23/2025, a copy of the following documents, described below,

Amended Response

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/23/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

FIRST CLASS

PENNYMAC LOAN SERVICES, LLC
P.O. BOX 2410
MOORPARK CA 93020