# Proceeding Minutes / Proceeding Memo

**Case #:** 22-51322   **Case Name:** Amanda Renee Abston and Donald Clifford Abston, Jr

**Set:** 08/07/2025 10:00 am   **Chapter:** 13   **Type:** bk   **Judge** Katharine M. Samson

**matter**   Motion for Relief from Stay as to 270 Harmon Pope Rd, Lucedale, Mississippi 39452. ., Motion for Adequate Protection , Motion to Compel Abandonment .  Filed by Creditor PennyMac Loan Services, LLC  (Dkt. #65)

Response filed by the Debtors (Dkt. #74) / Amended Response filed by the Debtors (Dkt. #75)

---

   Minute Entry Re: (related document(s): [65] Motion for Relief From Stay filed by PennyMac Loan Services, LLC) Putnam to submit an Agreed Order. Order due by 08/21/2025. Email received from Putnam's office. (mcc)