United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 22-51322-KMS
Amanda Renee Abston  Chapter 13
Donald Clifford Abston, Jr
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 01, 2025 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Amanda Renee Abston, Donald Clifford Abston, Jr, 270 Harmon Pope Rd, Lucedale, MS 39452-7509 |
| | | Goram A/C, Attn Payroll Dept, 1252 Huston St, Mobile, AL 36609 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2025 at the address(es) listed below:

**Name**    **Email Address**

Elizabeth Crowell Price
    on behalf of Creditor PennyMac Loan Services  LLC Eprice@hwmlawfirm.com, ecfmail@hwmlawfirm.com

Kimberly D. Putnam
    on behalf of Creditor PennyMac Loan Services  LLC kim.mackey@ms.creditorlawyers.com, msecf@ms.creditorlawyers.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Amanda Renee Abston trollins@therollinsfirm.com,
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
    on behalf of Joint Debtor Donald Clifford Abston  Jr trollins@therollinsfirm.com,
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 01, 2025 | Form ID: pdf012 | Total Noticed: 2 |

nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.

wcuntzcourt@gport13.com  waccourt1@gmail.com

TOTAL: 6

_____



          **SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 1, 2025**

_____
The Order of the Court is set forth below. The docket reflects the date entered.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

IN RE:                                                                                                           CHAPTER 13

**AMANDA RENEE & DONALD CLIFFORD ABSTON, JR**                      Case No. 22-51322-KMS

**AMENDED ORDER DIRECTING EMPLOYER TO DEDUCT FROM WAGES OF**
**DEBTOR, DONALD CLIFFORD ABSTON, JR. (SSN #XXX-XX-3818)**

      IT APPEARING TO THE COURT that the above-referenced Debtor has subjected earnings to the jurisdiction of this Court and that the employer for the Debtor is subject to such Orders of this Court as are necessary to effectuate the provisions of the Debtor's proposed bankruptcy plan.[1] The Court hereby orders, in keeping with 11 U.S.C. §1306(a)(2), 1322(a)(1), § 1325(c) and § 1326(a)(1)(A), that:

**GORAM A/C**
**ATTN: PAYROLL DEPT.**
**1252 HUSTON ST**
**MOBILE, AL 36609**

is directed to deduct from Debtor's wages the sum of ***<u>**$784.00**</u> MONTHLY, BEGINNING <u>IMMEDIATELY</u>.**

<u>*****THE TRUSTEE "MUST" RECEIVE THE FOREGOING SUM ON OR BEFORE THE LAST BUSINESS DAY OF EACH MONTH REGARDLESS OF THE DEBTOR'S PAYROLL INTERVAL (ie. WEEKLY, BI-WEEKLY OR SEMI-MONTHLY) *****</u>

The deducted funds are to be paid to Debtor(s) Case Trustee:

**WARREN A. CUNTZ, JR., TRUSTEE**
**P.O. BOX 3749**
**GULFPORT, MS 39505-3749**
**(228) 831-9531**

<u>*Please notate the Debtor's name and case number on the payment to the Trustee. *</u>
The foregoing monthly deduction shall continue until such time as the employer receives an Order from this Court releasing the wages of the Debtor(s)

**##END OF ORDER##**

_____

**1. Plan payment increased based upon the Agreed Order dkt. 79. If you have any questions, please contact your attorney.**