B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

In re  AMANDA RENEE ABSTON AND DONALD, ABSTON, JR          Case No.  22-51322

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Jefferson Capital Systems, LLC | W.S.Badcock Corporation |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    Jefferson Capital Systems, LLC
    PO Box 7999
    St. Cloud , MN 56302-9617

Phone:  800-928-7314
Last Four Digits of Acct #:  3419

Court Claim # (if known):  1
Amount of Claim:  $2,451.47
Date Claim Filed:  11/18/2022

Phone:
Last Four Digits of Acct. #:  3419

Name and Address where transferee payments should be sent (if different from above):

    Jefferson Capital Systems, LLC
    PO Box 772813
    Chicago , IL 60677-2813

Phone:  800-928-7314
Last Four Digits of Acct #:  3419

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Tina Ochoa                                        Date:  06/08/2026
    Transferee/Transferee's Agent

*Penalty for making a  false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.