**WES ALLEN**
**SECRETARY OF STATE**

**ALABAMA STATE CAPITOL**
**MONTGOMERY, AL 36130**

# STATE OF ALABAMA

**I, Wes Allen, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

Jefferson Capital Systems, LLC, a Georgia limited liability company, 200 14th Ave E Sartell, MN  56377 has filed in this office, the necessary papers and information pursuant to Section 8-12-6 et seq, <u>Code of Alabama, 1975</u>, as last amended, to be entitled to the Legal Registration in Alabama, for a term of Five Years beginning November 27, 2024 and ending  November 27, 2029, of the following Trade Name, First Used Anywhere November 19, 2024, and First Used in Alabama November 27, 2024 in Classification 19 for Finance, insurance, and real estate under Registration Number 133-162:

# Badcock Servicing



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

**December 3, 2024**

_____
**Date**

_____
**Wes Allen**                                   **Secretary of State**