United States Bankruptcy Court
Southern District of Mississippi

In re:

Amanda Renee Abston

Donald Clifford Abston, Jr

    Debtors

Case No. 22-51322-KMS

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 09, 2026 | Form ID: n001 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Amanda Renee Abston, Donald Clifford Abston, Jr, 270 Harmon Pope Rd, Lucedale, MS 39452-7509 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5187745 | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 09 2026 19:36:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5168492 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jun 09 2026 19:36:00 | W.S.Badcock Corporation, Post Office Box 724, Mulberry,FL 33860-0724 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elizabeth Crowell Price | on behalf of Creditor PennyMac Loan Services  LLC Eprice@hwmlawfirm.com, ecfmail@hwmlawfirm.com |
| Kimberly D. Putnam | on behalf of Creditor PennyMac Loan Services  LLC kim.mackey@ms.creditorlawyers.com, msecf@ms.creditorlawyers.com |

District/off: 0538-6                    User: mssbad                    Page 2 of 2

Date Rcvd: Jun 09, 2026                Form ID: n001                   Total Noticed: 3

Thomas Carl Rollins, Jr
                     on behalf of Joint Debtor Donald Clifford Abston  Jr trollins@therollinsfirm.com,
                     jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                     nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
                     on behalf of Debtor Amanda Renee Abston trollins@therollinsfirm.com
                     jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                     nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                     USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.
                     wcuntzcourt@gport13.com  waccourt1@gmail.com


TOTAL: 6

Form n001−asgnclm (Rev. 4/24)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**In re:**  Amanda Renee Abston
     Donald Clifford Abston Jr

**Case No.:** 22−51322−KMS

**Chapter** 13

**To:**  Assignee/Transferee

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud MN 56302−9617

**To:**  Assignor/Transferor

W.S.Badcock Corporation
Post Office Box 724
Mulberry,FL 33860

### Notice of Assignment/Transfer of Claim

**Notice is hereby given** that an Assignment/Transfer of Claim was filed in the above case. The Assignment/Transfer reflects that W.S.Badcock Corporation has assigned/transferred its claim in the amount of $2,451.47 to Jefferson Capital Systems LLC.

**Notice is further given** that pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedure, if you object to said Assignment/Transfer then on or before **June 30, 2026** you are required to file a written response.  Registered users of the Electronic Case Filing (ECF) system should file any response using ECF.  Non−registered users should file any response at:

Clerk, U. S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

**Notice is further given** that if no timely objection is filed, the transferee shall be substituted for the transferor without further order of the court.

Dated: June 9, 2026

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

228−563−1790